IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CRISPIN ESTRADA, JR., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF DUMAS, *et al.*, <br><br> Defendants. | 2:24-CV-267-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS**

Before the Court are the findings, conclusions, and recommendations of the United States Magistrate Judge to dismiss Plaintiff's claims for failure to prosecute and comply with Court orders. ECF No. 39. No objections to the findings, conclusions, and recommendations have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendations of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendations of the Magistrate Judge are **ADOPTED**. The case is **DISMISSED with prejudice**.

SO ORDERED.

July ⎯1⎯, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE